# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| TSETEN MIZOGUCHI,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 8:24-cv-00093-FWS-JDE<br><br>**JUDGMENT** |

///

///

///

In this case, Plaintiff Tseten Mizoguchi ("Plaintiff") challenges Defendant Unum Life Insurance Company of America's ("Defendant") termination of long-term disability ("LTD") benefits under the Employee Retirement Income Security Act of 1974. The court conducted a bench trial on January 16, 2025. (Dkt. 38.) On January 21, 2025, the court issued a Memorandum of Decision "conclud[ing] that Defendant erred in terminating Plaintiff's LTD benefits." (Dkt. 41 at 1.) The court "f[ound] Plaintiff is disabled under the Policy's 'any gainful occupation' standard and therefore **OVERTURN[ED]** Defendant's claim decision denying Plaintiff LTD benefits." (*Id.* at 17.) Accordingly, the court **ORDERS** as follows:

1. The court **ENTERS JUDGMENT** in this case in favor of Plaintiff and against Defendant.

2. Defendant owes Plaintiff LTD benefits from October 23, 2022, to the present (January 29, 2025), in the amount of $75,133.02, and interest in the amount of $6,500, for a total amount of $81,633.02. For every day after February 11, 2025, interest accrues at the daily rate of $8.66 until this Judgment is paid in full. The Court **ORDERS** Defendant to pay Plaintiff these amounts pursuant to the terms of the Policy.

3. Plaintiff is entitled to LTD benefits going forward beyond January 29, 2025, so long as she remains disabled under the Policy's terms.

4. Plaintiff may apply to the court for an award of attorney fees and costs in this action on or before **March 20, 2025**.

**IT IS SO ORDERED, ADJUDGED AND DECREED**.

DATED: February 14, 2025

Hon. Fred. W. Slaughter
UNITED STATES DISTRICT JUDGE